AO 240. (Rev. 9/96)

# UNITED STATES DISTRICT COURT

Mark Cimini                                    District of:  Massachusetts

                                               **APPLICATION TO PROCEED**
                Plaintiff                      **WITHOUT PREPAYMENT OF**
                                               **FEES AND AFFIDAVIT**
                V.

Massachusetts
Margaret Cimini                                CASE NUMBER:
                Defendant

I, _Mark Cimini_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☐ Yes     ☒ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☒ Yes     ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

      See IN Forma Pauperis

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☐ No
   b. Rent payments, interest or dividends             ☐ Yes    ☐ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☐ No
   d. Disability or workers compensation payments      ☐ Yes    ☐ No
   e. Gifts or inheritances                            ☐ Yes    ☐ No
   f. Any other sources                                ☐ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

See In Forma Pauperis

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

___12/31/04___         _____[signature]_____
      Date                  Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**District Court of the United States**

| | |
|---|---|
| Mark Cimini<br><br>    Petitioner-Appellant<br><br>Vs.<br><br><br>Commonwealth of Massachusetts<br><br>    Respondent-Appellee, | **Case:** No.<br>    97D-4115-DV1<br><br>**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS** |

   This is a MOTION BY YOUR PETITIONER FOR LEAVE TO PROCEED IN FORMA PAUPERIS in support of the Writ of and other future action at this court; from an unjust and unlawful judgment or findings disenfranchising me from my own child from the Probate and Family Courts of Middlesex County, Supreme Judicial Court, County of Middlesex.

   Your Petitioner is unable, because of the people of the Commonwealth of Massachusett, et al., has continually, and maliciously civilly murdered your petitioner in overt violation of law for profit (i.e., federal monies, thereby intentionally leaving him in a state of severe financial hardship.  Petitioner is unable because of this extortion and financial hardship to pay court costs, but believes that he is entitled to the redress sought, and as a matter of right and perfect right as his status as a free and sovereign Citizen of

Massachusetts and of the United States, obtains substantive due process of law as a matter of right and secured liberty[1]. Therefore, your petitioner demands leave to proceed on appeal in forma pauperis in accordance with Title 28, USC section 1915, and Fed R App P 24 (a). This motion is based on the attached affidavit.

Petitioner is under extreme duress and coercion by the respondents in this matter and is under a constant state of war during a profound time of peace in this nation. Respondents act in bad faith with unclean hands in direct and overt violation of law and against your petitioner's constitutionally secured liberties and substantive rights. No previous applications for in forma pauperis status have been made to this Court.

Dated:   December 31, 2004

SEAL:

*[signature: Mark Cimini]*

Mark Cimini—AT LAW
Pro Se/
In Propria Persona, Sui Juris\
Non-attorney
Middlesex Judicial District
12 Maple Road
Westford, Massachusetts [01886]
(978) 692-4556

---

[1] Massachusetts Constitution, Part the First, Article XI. Every subject of the commonwealth ought to find a certain remedy, by having recourse to the laws, for all injuries or wrongs which he may receive in his person, property, or character. He ought to obtain right and justice freely, and **without being obliged to purchase it;** completely, and without any denial; promptly, and without delay; conformably to the laws.

PAUPERIS

**SUPREME JUDICIAL COURT OF MASSACHUSETTS**

| | |
|---|---|
| Mark Cimini<br><br>     Petitioner-Appellant<br><br>Vs.<br><br><br>Commonwealth of Massachusetts<br><br>     Respondent-Appellee, | **Case:** No. 97D-4115-DV1<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED ON WRIT OF HABEAS CORPUS IN FORMA PAUPERIS** |

    I, Mark Cimini; being first duly sworn, depose and say that I am the appellant and petitioner in the above-entitled case; that in support of my writ of Mandamus I believe I am entitled to redress of grievances; and that I have a constitutionally secured liberty to substantive due process as a matter of right and perfect\unailenable right, and open access to the above-entitled court of law; and thereby, I state that because of my severe financial hardships I am unable to reasonably pay the costs of said proceeding therefore; that I believe I am entitled to this reasonable redress; and have a perfect right to substantive due process of law, and that the issues which I desire to present in this matter, are substantiated throughout this document.

    For Good Cause having been shown, by your petitioner, in accordance to the law of the Constitution for the Commonwealth of Massachusetts (1780), and the Constitution for the United States

(1787-1791) and that your petitioner and accused and greatly aggrieved party in this matter, has reasonable, palpable, constitutional, jurisdictional and substantive due process grounds for original and appellate review of the legality of the proceedings and vindication of rights, in the above entitled matter under Writ of Habeas Corpus review to vindicate my substantive rights as a father and have my Common Law property returned to me.

    I, Mark Cimini, being first duly sworn, depose and say that I am the petitioner in the above entitled matter; that in support of my motion to proceed on this original equitable action at law, without being required to prepay fees, costs thereto, I state that because of my financial hardships, I am unable to pay the costs of said proceeding without incurring additional financial hardships therefore; that I believe I am entitled to redress of grievances and substantive due process of law (which I have so far been denied); and that the issues which I have framed and will bring up on appeal are so egregious and palpable to a free nation and in support to the rule of law, that they are a foundational reasons to grant this motion to issue said Writ of Mandamus. I desire to present the following issues on this Writ of Mandamus to wit:

### I

    That I, as the true and Common Law father to my child, Jonathan Cimini, my Common Law property, and I as his father and as lawful natural guardian cannot be lawfully denied my children by respondents

or their surrogate courts; or by the unlawful acts and/or omissions by the County of Middlesex in collusion with the Commonwealth of Massachusetts in overt conspiracy with Ms. Margaret Cimini, intentionally forced me into a planned system of slavery, control and extortion in order for me to support my own destruction under the guise of "Child Support" and "Best Interest of the Children" and/or "alimony" by and through respondent's surrogate court systems; rather than to simply have your petitioner's natural law, the common law right, and constitutionally protected secured liberty to own, control and care for my own children, without state intervention in accordance with both law and reason.

## II

The fraudulently applied doctrine of Parens Patriae, (state as the ultimate parent) which is upheld as a religious entity throughout aforementioned courts statutory scheme under the Commonwealth of Massachusetts, is an unlawful doctrine at law, that my rights and liberties as a Common Law sovereign citizen and father are superior to the state. That my liberty of conscience is superior to the County of Middlesex, and the Commonwealth of Massachusetts, and thereby, as Father to my child Jonathan Cimini, my will and authority and belief's over them are protected by law as Common Law property, and thereby, I cannot support any system that steals, kidnaps, inveigle's or restrains my child and lawful property from me, then demands profit from that unlawful and unclean bad faith act.

**III**

That aforementioned courts, and other third parties, both public and private, state agents, agencies and state actors acting in both their personal and professional capacities, are directly or indirectly benefiting from usurping my authority as a father and have taken from me my Common Law property, by their cogent unlawful acts and/or omissions in this matter, and that they have unclean hands, and thereby; cannot profit from the law.

**IV**

The doctrine of "BEING IN THE BEST INTERESTS OF THE CHILD" is a false doctrine, one not truly administered, but only proffered under overt fraud, bad faith, and unlawfully used to usurp my, and predominately male litigants, natural born, common law and constitutionally secured liberties and/or civil rights to life, liberty and property which I am heir to by right and perfect right. That the County of Middlesex, and/or Commonwealth of Massachusetts has unlawfully used this doctrine unlawfully, overtly for its own benefit, as an ongoing enterprise, to knowingly violate the rights of fathers of which I am, so that they may unlawfully gain direct "Title IV-D" remuneration, and/or other financial or statutory or social engineering benefits and/or scams and/or schemes.

**V**

That my rights as a free and sovereign Massachusetts Citizen, have been egregiously and violently violated in direct and overt

contradistinction to law, and public policy; that aforementioned respondents, are arrogantly and insolently violating the law, and/or the Constitution for the Commonwealth of Massachusetts, for profit; in order to gain "Title IV-D" and other welfare remuneration scams and schemes.  This is a great detriment to your petitioner, as well as my children, and as well as the People of the Commonwealth of Massachusetts who are directly damaged by and through this fraud.

### VI

That my substantive due process of law rights were violated from the inception of this matter when my children were unlawfully taken from me in overt and direct violation of law, and my considerable authority; and aforementioned court process, and courts did conspire to forcibly and intentionally deny me my natural born, Common Law and Constitutional and civil rights and (Common Law) property rights so that they could conspire and all gain direct or indirect control and/or remuneration(s).

### VII

I was not lawfully as mandated by constitutional law, informed of the nature and cause of the accusation against me; the venue, the jurisdiction and the real party of interest.

### VIII

The prosecution, (nor any court) nor any respondent has lawfully answered my Bill of Particulars of which I lawfully served upon the County of Middlesex, et al.  Said respondents have intentionally kept

PAUPERIS

me ignorant of knowing the nature and cause of the proceedings against me and unlawfully forced me to trial thereby. This act and/or omission is a overt violation of the Constitution for the United States 1787-1791, Amendment the Sixth, which mandates that the above entitled court and all its "officers of the court" give full disclosure as to the nature and cause of this action, the venue, the jurisdiction and the real party of interest.

### IX

I was never at any time able to confront the real party of interest accuser against me, denying me my rights; even though I mandated that right both by oral and written motion.

### X

The County of Middlesex, et als., have overtly conspired and openly and egregiously worked against me and thereby was able to procure an unlawful transfer of Common Law title and/or property of my children.

### XI

In order to obtain various sources of monies, the respondents have unlawfully civilly murdered me, and placed me in legal jeopardy without substantive due process of law rights being upheld to me.

### XII

That the County of Middlesex, and the Commonwealth of Massachusetts has unlawfully prosecuted a new form of slavery, abhorrent to a free peoples and in direct contradistinction to the concise rule of law.

### XIII

That this matter stems upon an illegal and unconscionable contract and bad faith acts and/or omissions applied against me in direct violation to my rights and the concise rule of law; and that in fact, said contract is null and void in ab initio, and aforementioned prosecution as well as the County of Middlesex has factually been expunged from this matter as aforesaid matter has been lawfully been defaulted.

I further swear that the responses which I have made to the questions and instructions below relating to my ability to pay the cost of prosecuting the appeal are true. I, Mark Cimini, being first duly sworn, depose and say that I am the petitioner in this matter, the accused and greatly aggrieved party in this matter; that in support of my motion to proceed on appeal without being required to prepay fees, or costs, I state that because of my financial hardships, I am unable to pay the costs of said and doing so, would factually be a hardship against me and my family (i.e., 'second family' consisting of a wife and daughter), therefore; that I believe I am entitled to redress of grievances which would be a great hardship to me otherwise; and am allowed substantive due process of law as a matter of right and perfect right, and open access to the courts; and that the issues I hereby have framed for appeal, are palpable and mandate this Motion to Proceed on Appeal In Forma Pauperis.

I further swear that the responses which I have made to the questions and instructions below relating to my ability to pay the cost of prosecuting this Writ of Mandamus are true as the County of Middlesex, and/or the Commonwealth of Massachusetts, represented by the County of Middlesex, for said respondent Ms. Margaret Cimini in full support for respondent's intentions to disenfranchise me under

color of law and under color of authority, have greatly damaged and burdened me, and has destroyed me and thereby destroys my children and family and are in fact, directly responsible along with his surrogate court systems of which respondents depend; and from their unlawful acts and/or omissions they have overtly committed against me civil murder and a substantial and unlawful disenfranchisement of my substantive rights:

1.) I reserve all rights and give up none. Since this fraud being perpetrated by the RESPONDENTS, the County of Middlesex, and/or the Commonwealth of Massachusetts, is about money, **a transfer of wealth scheme**,[2] I can give nobody any information in regards to my finances, or property; as anything I say or submit may be held against me. I reserve all rights and give up none, and maintain my silence as a matter of right under substantive due process of law and under both the Amendment the Fifth of the Constitution for the united States (1787-1791): "No person shall be held to answer for a capital or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb, nor **shall be compelled in any criminal case to be a witness against himself**, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation."[3]

---

[2] *United States v. Faasse*, 265 F.3d 475, 482, 490 (6th Cir. 2001). "See e.g. Mich. Comp. Laws Ann. $552.452 (providing payment of support o the office of the Michigan friend of the court). As a result, court-ordered **wealth transfers** to or from Michigan residents are not per se a fit object of the federal Commerce Power."

[3] Controlling Maxim of Law: "No man is required to participate in his own destruction."

PAUPERIS

2.) The Massachusetts Constitution, Part the first, Article XI, "Every subject of the commonwealth ought to find a certain remedy, by having recourse to the laws, for all injuries or wrongs which he may receive in his person, property, or character. He ought **to obtain right and justice freely, and without being obliged to purchase it;** completely, and without any denial; promptly, and without delay, conformably to the laws."

3.) That to pay would place a great hardship on me and my family.

4.) That I had been unemployed from April 23rd, 2004 till December 6th, 2004 and had been living off limited (and now completely depleted) savings which provided for me, my wife, our daughter, and my son.

5.) I have limited funds at my disposal and have the right to privacy of which those funds go into the care, custody and upbringing of my child Jonathan Cimini, and Taisya Cimini.

6.) I in fact, have substantial obligations and debt as I am in fact, a taxpayer of Middlesex County, Massachusetts, and the United States.

7.) The Commonwealth, after taxes, other court ordered expenses including health care, and child support, has left me with less than 25% of my salary to provide for my family's necessities of life.

8.) My children Jonathan Cimini, and Taisya Cimini are dependent on my support as I am the father of my children and any hardship will accrue to me, will affect them as my financing of my own destruction will diminish my presence in their life by forced payments into this proceeding.

1  I understand that a false statement or answer to any question in
2  this affidavit will subject me to penalties of perjury as I know them
3  by the laws of the Commonwealth of Massachusetts.

4  Dated:   December 31tst, 2004                    *[signature: Mark Cimini]*

5  SEAL:

   Mark Cimini—AT LAW
   Pro Se/In Propria Persona, Sui Juris/
6  non-attorney
   Middlesex Judicial District
7  12 Maple Road
   Westford, Massachusetts [01886]
8  (978) 692-4556