```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| MARK CIMINI, )<br>       Plaintiff, )<br>)<br>  v.                      )<br>)<br>MARGARET CIMINI, )<br>MIDDLESEX COUNTY PROBATE & )<br>FAMILY COURT JUDGE EDWARD F. )<br>DONNELLY, MASSACHUSETTS )<br>SUPREME JUDICIAL COURT )<br>JUDGE J. IRELAND and )<br>COMMONWEALTH OF MASSACHUSETTS )<br>       Defendants. )<br>) | C.A. No. 05-10027-WGY |

## ORDER OF DISMISSAL

YOUNG, C.J.

In accordance with this Court's Memorandum and Order dated January 11, 2004 denying the Plaintiff's Application to Proceed Without Prepayment of Fees, and dismissing this action for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed. The case shall be terminated as a pending case on the docket of the Court.

                                     BY THE COURT,

                                     /s/ Elizabeth Smith

                                   Deputy Clerk

DATED: January 12, 2005